**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1108-19
             A-1128-19

WOOLWICH COMMONS,
LLC, MAIN STREET AT
WOOLWICH, LLC, WOOLWICH
CROSSINGS, LLC and
WOOLWICH RESIDENTIAL,
LLC,

      Plaintiffs-Appellants,

v.

TOWNSHIP OF WOOLWICH, a
municipal corporation of the State
of New Jersey, SOMERSET
WOOLWICH URBAN
RENEWAL, LLC and JOINT
LAND USE BOARD OF
WOOLWICH TOWNSHIP,

      Defendants-Respondents.

_____

WOOLWICH COMMONS,
LLC, MAIN STREET AT
WOOLWICH, LLC, WOOLWICH
CROSSINGS, LLC and
WOOLWICH RESIDENTIAL,
LLC,

Plaintiffs-Respondents,

v.

TOWNSHIP OF WOOLWICH, a
municipal corporation of the State
of New Jersey and JOINT LAND
USE BOARD OF WOOLWICH
TOWNSHIP,

Defendants-Respondents,

and

SOMERSET WOOLWICH URBAN
RENEWAL, LLC,

Defendant-Appellant.

_____

Submitted June 9, 2021 – Decided June 29, 2021

Before Judges Ostrer, Accurso and Enright.

On appeal from the Superior Court of New Jersey, Law
Division, Gloucester County, Docket No. L-0011-19.

Nehmad, Davis & Goldstein, P.C., attorneys for
Woolwich Commons, LLC, Main Street at Woolwich,
LLC, Woolwich Crossings, LLC and Woolwich
Residential, LLC, appellants in A-1108-19 and
respondents in A-1128-19 (Stephen R. Nehmad and
Cheryllynn Walters, on the briefs).

McCarter & English, LLP, and Del Duca Lewis, LLC,
attorneys for Somerset Woolwich Urban Renewal,
LLC, appellant in A-1128-19 and respondent in A-
1108-19 (Damien O. Del Duca, Gary T. Hall and Susan

2

A. Feeney, of counsel and on the brief; Farhan Ali, on the brief).

Mattleman Weinroth & Miller, PC, attorneys for respondent Joint Land Use Board of Woolwich Township; and Law Offices of John A. Alice, attorneys for respondent Township of Woolwich (Brian D. Lozuke, Colleen P. Bianco Bezich and John A. Alice, of counsel and on the joint brief).

PER CURIAM

These matters having been amicably adjusted and the parties having stipulated to the dismissal of these appeals, it is hereby ordered that the appeals are dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION